NUMBER 13-06-325-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


JOHN DOE, M.D., Appellant,


v.



TEXAS MEDICAL BOARD, Appellee.

___________________________________________________________________


On appeal from the 345th District Court


of Travis County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Castillo, and Garza


Memorandum Opinion Per Curiam


 Appellant, JOHN DOE, M.D., perfected an appeal from a judgment entered by
the 345th District Court of Travis County, Texas, in cause number D-1-GN-06-000427. After the record and appellant's brief were filed, appellant filed a motion to
dismiss the appeal. In the motion, appellant states that the substantive matters
underlying the procedural question at issue in this appeal has been resolved and
appellant no longer wishes to prosecute this appeal. Appellant requests that this Court
dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 16th day of November, 2006.